## HALL v. THURMAN, ADM'R.

ADMINISTRATOR: CLAIMS AGAINST ESTATE.

*Appeal from Clarke Circuit Court.*

THURSDAY, APRIL 20.

THE plaintiff filed a claim against the estate of Martha C. Roberts, and sought to recover on an account for "merchandise as per bill rendered and attached hereto," and for "taxes paid for deceased, as stated in the bill attached."

There was a reference to Hon. N. W. Rowell, who found against the plaintiff, and so reported to the court. The report was confirmed and plaintiff appeals.

*Henry Stevens* and *Richard Stockton,* for appellant.

*John Chaney* and *McIntire Bros.,* for appellee.

SEEVERS, CH. J.—The account is in favor of E. M. Hall, and by him assigned to the plaintiff. Said Hall was introduced as a witness, and on the trial before the referee was asked by the plaintiff: "Did you have a settlement with Hiram Roberts in regard to this account?" and also asked the plaintiff when on the stand as a witness, in substance, the same question. Objection thereto was sustained by the referee, and this is the only error assigned. We think the ruling correct.

Hiram Roberts was the husband of the deceased, and the appellant claims the articles charged in the account were for family expenses, chargeable upon the property of the husband and wife, and therefore a settlement with the husband is binding on the wife. But there was no evidence introduced tending to show the articles charged in the account were for family expenses. The thought of the plaintiff, we suppose was, this sufficiently appeared from the character of the articles charged. It is possible this may be so, "but as the bill attached " to the claim filed is not set forth in the abstract, we are unable to say whether this is so or not. Besides this, the plaintiff did not seek to recover on an account stated, and whether there had been a settlement or not depended upon what was done. The plaintiff did not seek to prove this, but the conclusion of the witness there had been a settlement. It is proper to say that we do not determine whether a settlement with Roberts would have been binding on his wife.

AFFIRMED.